**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
|    Chaney, William | |
|    Chaney, Janet | :     16-12050 amc |
|    **Debtors** | : |

## CERTIFICATE OF SERVICE

   I certify that copies of the **Debtor's Response to the Motion for Relief** was served upon the parties listed below, by mailing such copy by first class, regular U.S. mail, postage prepaid or by electronic means on  July 29, 2017.

      _"/s/" Mitchell J. Prince
      John L. McClain, Esquire
      Mitchell J. Prince, Esquire
      Attorneys for debtors

JOHN L. MCCLAIN & ASSOCIATES
ATTORNEYS AT LAW
PO Box 123
Narberth, PA 19072

Thomas I. Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106