IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: William Chaney a/k/a William A. Chaney a/k/a William Alfred Chaney<br>Janet Chaney<br>            Debtors | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for U.S. Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2<br>            Movant<br>vs.<br>William Chaney a/k/a William A. Chaney a/k/a William Alfred Chaney<br>Janet Chaney<br>            Debtors<br>William C. Miller<br>            Trustee | NO. 16-12050 AMC<br><br>11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtors' residence is **$5,587.76,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | March 1, 2017 to August 1, 2017 in the amount of $723.28/month; September 1, 2017 to October 1, 2017 in the amount of $663.60/month |
| Less Suspense Balance: | $79.12 |
| **Total Post-Petition Arrears:** | **$5,587.76** |

2. The Debtors shall cure the aforesaid arrearage in the following manner:

    a). Beginning with the payment due November 1, 2017 and continuing through July 1, 2018, until the arrearages are cured, Debtors shall maintain, and pay when due, the regular contractual monthly mortgage payment of **$663.60** (or as adjusted pursuant to the terms of the mortgage), which is due on or before the first (1st) day of each month (with late charges to be assessed after the 15th of the month), plus Debtors shall pay toward the arrearage an installment payment on or before the last day of each month, in the amount of **$620.86** for the months of November 2017 through June 2018 and **$620.88** for the month of July 2018.

        b).    Debtors shall maintain, and pay when due, the post-petition contractual monthly mortgage payments thereafter.

        c).    The current payment address for the mailing of payments is as follows:

> America's Servicing Company
> Attention: Payment Processing
> MAC# X2302-04C
> 1 Home Campus
> Des Moines, IA 50328

3.    Should Debtors provide sufficient proof of payments made (front & back copies of cancelled checks and/or money orders), but not credited, Movant shall adjust the account accordingly.

4.    In the event that the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtors and Debtors' attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtors should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court, upon which the Court shall enter an Order granting relief from the automatic stay and waiving the stay provided by Bankruptcy Rule 4001(a)(3), which the parties hereby agree to waive with respect to said Order. The Order shall be in the form set forth in the proposed order filed with the instant Motion for Relief, or in a form substantially similar. ("Movant" in this paragraph and hereinafter refers to Movant, or to any of its successors or assignees, should the claim be assigned or transferred.)

5.    If the case is converted to Chapter 7, Movant shall file a Certification of Default with the Court and the Court shall enter an order granting Movant relief from the automatic stay.

6.    If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

7.    The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage, loan, and applicable law.

8. The parties agree that a facsimile signature shall be considered an original signature

Date:   October 25, 2017

By: /s/ *Matteo S. Weiner, Esquire*
Matteo S. Weiner, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734
Attorneys for Movant

Date: 10/29/17

John L. McClain, Esquire
Attorney for Debtors

*Mitchell J. Prince, ESQ.*

Date: _____

William C. Miller   *JACK MILLER*
Chapter 13 Trustee

*No objection*

Approved by the Court this  8th  day of  November , 2017. However, the court retains discretion regarding entry of any further order.

Bankruptcy Judge
Ashely M. Chan