United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 16-12050-amc
William Chaney                                                  Chapter 13
Janet Chaney
          Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: John              Page 1 of 2              Date Rcvd: Nov 08, 2017
                              Form ID: pdf900         Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2017.
```
db/jdb         +William Chaney,    Janet Chaney,    7746 Clements Road,    Wyncote, PA 19095-2304
cr              Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN  55116-0408
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
cr             +U.S. BANK NATIONAL ASSOCIATION,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr              Wells Fargo Bank, N.A./Wells Fargo Home Mortgage,    MAC N9286-01Y,    1000 Blue Gentian Road,
                 Eagan, MN  55121-7700
13823193       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
13779911        US BANK NATIONAL ASSOCIATION, et al,    AMERICA'S SERVICING COMPANY,
                 ATTENTION: PAYMENT PROCESSING,    N9286-01Y,    1000 BLUE GENTIAN ROAD,    EAGAN, MN 55121-7700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Nov 09 2017 01:29:48      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 09 2017 01:29:17      Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 09 2017 01:29:41      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: bankruptcy@phila.gov Nov 09 2017 01:29:48      City of Philadelphia,
                 Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2017 01:32:52
                 PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
                                                                                              TOTAL: 5

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2017 at the address(es) listed below:
```
          JEROME B. BLANK    on behalf of Creditor    U.S. Bank National Association, As Trustee For et al.
           paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    Embrace Home Loans, Inc. paeb@fedphe.com
          JOHN L. MCCLAIN    on behalf of Debtor William  Chaney aaamcclain@aol.com,    edpabankcourt@aol.com
          JOHN L. MCCLAIN    on behalf of Joint Debtor Janet  Chaney aaamcclain@aol.com,
           edpabankcourt@aol.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    Embrace Home Loans, Inc. paeb@fedphe.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    U.S. Bank National Association, As Trustee For et
           al. paeb@fedphe.com
          MARIO J. HANYON    on behalf of Creditor    US Bank National Association, As Trustee For
           Securitized Asset Backed Receivables LLC etal paeb@fedphe.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing LLC
           bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, as Trustee for
           Securitized Asset Backed Receivables LLC Trust 2006-NC2, Mortgage Pass-Through Certificates,
           Series 2006-NC2 bkgroup@kmllawgroup.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
           james.feighan@phila.gov
```

```
District/off: 0313-2          User: John              Page 2 of 2              Date Rcvd: Nov 08, 2017
                              Form ID: pdf900         Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                 TOTAL: 13

Case 16-12050-amc    Doc 65    Filed 11/10/17    Entered 11/11/17 01:02:07    Desc Imaged
Certificate of Notice    Page 2 of 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: William Chaney a/k/a William A. Chaney a/k/a William Alfred Chaney<br>Janet Chaney<br><div align="center">Debtors</div> | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for U.S. Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2<br><div align="center">Movant</div><br>vs.<br><br>William Chaney a/k/a William A. Chaney a/k/a William Alfred Chaney<br>Janet Chaney<br><div align="center">Debtors</div><br><br>William C. Miller<br><div align="center">Trustee</div> | NO. 16-12050 AMC<br><br>11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtors' residence is **$5,587.76,** which breaks down as follows:

| | |
|---|---|
| Post-Petition Payments: | March 1, 2017 to August 1, 2017 in the amount of $723.28/month; September 1, 2017 to October 1, 2017 in the amount of $663.60/month |
| Less Suspense Balance: | $79.12 |
| **Total Post-Petition Arrears:** | **$5,587.76** |

2. The Debtors shall cure the aforesaid arrearage in the following manner:

    a). Beginning with the payment due November 1, 2017 and continuing through July 1, 2018, until the arrearages are cured, Debtors shall maintain, and pay when due, the regular contractual monthly mortgage payment of **$663.60** (or as adjusted pursuant to the terms of the mortgage), which is due on or before the first (1st) day of each month (with late charges to be assessed after the 15th of the month), plus Debtors shall pay toward the arrearage an installment payment on or before the last day of each month, in the amount of **$620.86** for the months of November 2017 through June 2018 and **$620.88** for the month of July 2018.

b). Debtors shall maintain, and pay when due, the post-petition contractual monthly mortgage payments thereafter.

c). The current payment address for the mailing of payments is as follows:

America's Servicing Company
Attention: Payment Processing
MAC# X2302-04C
1 Home Campus
Des Moines, IA 50328

3. Should Debtors provide sufficient proof of payments made (front & back copies of cancelled checks and/or money orders), but not credited, Movant shall adjust the account accordingly.

4. In the event that the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtors and Debtors' attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtors should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court, upon which the Court shall enter an Order granting relief from the automatic stay and waiving the stay provided by Bankruptcy Rule 4001(a)(3), which the parties hereby agree to waive with respect to said Order. The Order shall be in the form set forth in the proposed order filed with the instant Motion for Relief, or in a form substantially similar. ("Movant" in this paragraph and hereinafter refers to Movant, or to any of its successors or assignees, should the claim be assigned or transferred.)

5. If the case is converted to Chapter 7, Movant shall file a Certification of Default with the Court and the Court shall enter an order granting Movant relief from the automatic stay.

6. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

7. The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage, loan, and applicable law.



8.  The parties agree that a facsimile signature shall be considered an original signature

Date:   October 25, 2017

By: /s/ *Matteo S. Weiner, Esquire*
Matteo S. Weiner, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734
Attorneys for Movant

Date: 10/29/17

John L. McClain, Esquire
Attorney for Debtors

Mitchell J. Prince, ESQ.

Date: _____

William C. Miller   JACK MILLER
Chapter 13 Trustee

No objection

Approved by the Court this  8th  day of  November , 2017. However, the court retains discretion regarding entry of any further order.

Bankruptcy Judge
Ashely M. Chan