**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Chaney, William | | |
| Chaney, Janet | : | 16-12050 amc |
| **Debtors** | : | |

### CERTIFICATE OF SERVICE

    I certify that copies of the **Debtor's Response to the Certificate of Default** was served upon the parties listed below, by mailing such copy by first class, regular U.S. mail, postage prepaid or by electronic means on November 6, 2018.

                                  "/s/"Mitchell J. Prince
                                  John L. McClain, Esquire
                                  Mitchell J. Prince, Esquire
                                  Attorneys for debtors

JOHN L. MCCLAIN & ASSOCIATES
ATTORNEYS AT LAW
PO Box 123
Narberth, PA 19072

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532