*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: William Chaney and Janet Chaney

    Debtor(s)

Case No: 16–12050–amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Response to Certification of Default filed by Creditor U.S. Bank National Association, As Trustee For et al. filed by Debtor William Chaney, Joint Debtor Janet Chaney.

on: 11/27/18

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  11/6/18

Timothy B. McGrath
Clerk of Court

69 – 67
Form 167