United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 16-12050-amc
William Chaney                                                  Chapter 13
Janet Chaney
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: JEGilmore              Page 1 of 1           Date Rcvd: Nov 06, 2018
                             Form ID: 167                 Total Noticed: 7
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2018.
```
db/jdb        +William Chaney,    Janet Chaney,    7746 Clements Road,    Wyncote, PA 19095-2304
cr             Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
cr            +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
cr            +U.S. BANK NATIONAL ASSOCIATION,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             Wells Fargo Bank, N.A./Wells Fargo Home Mortgage,    MAC N9286-01Y,    1000 Blue Gentian Road,
                Eagan, MN 55121-7700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/Text: megan.harper@phila.gov Nov 07 2018 02:37:38     City of Philadelphia,
                Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                5th Floor, Municipal Services Bldg,    Philadelphia, PA 19102
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 07 2018 02:35:37
                PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2018 at the address(es) listed below:
```
              JEROME B. BLANK    on behalf of Creditor    U.S. Bank National Association, As Trustee For et al.
               paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Embrace Home Loans, Inc. paeb@fedphe.com
              JOHN L. MCCLAIN    on behalf of Debtor William  Chaney aaamcclain@aol.com,    edpabankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Joint Debtor Janet  Chaney aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Embrace Home Loans, Inc. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    U.S. Bank National Association, As Trustee For et
               al. paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, As Trustee For et al.
               bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    Embrace Home Loans, Inc. paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    US Bank National Association, As Trustee For
               Securitized Asset Backed Receivables LLC etal paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing LLC
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Securitized Asset Backed Receivables LLC Trust 2006-NC2, Mortgage Pass-Through Certificates,
               Series 2006-NC2 bkgroup@kmllawgroup.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Securitized Asset Backed Receivables LLC Trust 2006-NC2, Mortgage Pass-Through Certificates,
               Series 2006-NC2 tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 15
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: William Chaney and Janet Chaney
    Debtor(s)

Case No: 16–12050–amc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Response to Certification of Default filed by Creditor U.S. Bank National Association, As Trustee For et al. filed by Debtor William Chaney, Joint Debtor Janet Chaney.

on: 11/27/18

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 11/6/18

Timothy B. McGrath
Clerk of Court

69 – 67
Form 167