IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

| In Re: <br>    Janet Chaney <br>    William Chaney <br>    aka William A. Chaney <br>    aka William Alfred Chaney <br>    Debtor(s) | Chapter 13 <br><br> Case Number: 16-12050-amc |
|---|---|

## ORDER

AND NOW, this __17th__ day of __December__, 2019, upon the motion of Embrace Home Loans, Inc. ("Plaintiff"), and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, Plaintiff (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 (and §1301) to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 7746 CLEMENTS ROAD, WYNCOTE, PA 19095.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE