```
                             United States Bankruptcy Court
                             Eastern District of Pennsylvania
In re:                                                                  Case No. 16-12050-amc
William Chaney                                                          Chapter 13
Janet Chaney
          Debtors                 CERTIFICATE OF NOTICE
District/off: 0313-2          User: JEGilmore              Page 1 of 2                  Date Rcvd: Dec 18, 2019
                              Form ID: pdf900              Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2019.
db/jdb         +William Chaney,    Janet Chaney,    7746 Clements Road,    Wyncote, PA 19095-2304
cr              Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
cr             +U.S. BANK NATIONAL ASSOCIATION,    14841 dallas pkwy suite 425,    dallas, tx 75254-8067
cr             +U.S. BANK NATIONAL ASSOCIATION,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr              Wells Fargo Bank, N.A./Wells Fargo Home Mortgage,    MAC N9286-01Y,    1000 Blue Gentian Road,
                 Eagan, MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Dec 19 2019 03:36:44     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 19 2019 03:36:14
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 19 2019 03:36:42      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Dec 19 2019 03:36:44     City of Philadelphia,
                 Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA 19102
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 19 2019 03:42:54
                 PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2019 at the address(es) listed below:
          DANIEL P. JONES    on behalf of Creditor    Embrace Home Loans, Inc. djones@sterneisenberg.com,
           bkecf@sterneisenberg.com
          JEROME B. BLANK    on behalf of Creditor    Embrace Home Loans, Inc. paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    U.S. Bank National Association, As Trustee For et al.
           paeb@fedphe.com
          JOHN L. MCCLAIN    on behalf of Joint Debtor Janet  Chaney aaamcclain@aol.com,
           edpabankcourt@aol.com
          JOHN L. MCCLAIN    on behalf of Debtor William  Chaney aaamcclain@aol.com,   edpabankcourt@aol.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    Embrace Home Loans, Inc. paeb@fedphe.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    U.S. Bank National Association, As Trustee For et
           al. paeb@fedphe.com
          KEVIN G. MCDONALD    on behalf of Creditor    Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, As Trustee For et al.
           bkgroup@kmllawgroup.com
          MARIO J. HANYON    on behalf of Creditor    US Bank National Association, As Trustee For
           Securitized Asset Backed Receivables LLC etal paeb@fedphe.com
          MARIO J. HANYON    on behalf of Creditor    Embrace Home Loans, Inc. paeb@fedphe.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing LLC
           bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, as Trustee for
           Securitized Asset Backed Receivables LLC Trust 2006-NC2, Mortgage Pass-Through Certificates,
           Series 2006-NC2 bkgroup@kmllawgroup.com
```

```
District/off: 0313-2          User: JEGilmore            Page 2 of 2               Date Rcvd: Dec 18, 2019
                              Form ID: pdf900            Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov, karena.blaylock@phila.gov
        THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                                             TOTAL: 17

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)**

| In Re:<br><br>    Janet Chaney<br>    William Chaney<br>    aka William A. Chaney<br>    aka William Alfred Chaney<br>    Debtor(s) | Chapter 13<br><br>Case Number: 16-12050-amc |
|---|---|

## ORDER

AND NOW, this __17th__ day of __December__, 2019, upon the motion of Embrace Home Loans, Inc. ("Plaintiff"), and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, Plaintiff (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 (and §1301) to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 7746 CLEMENTS ROAD, WYNCOTE, PA 19095.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE