**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **: Chapter 13** |
|     **Chaney, William** | |
|     **Chaney, Janet** | |
|         **Debtors** | **:    16-12050 amc** |

**PRAECIPE TO WITHDRAW**

TO THE CLERK OF THE COURT

    The Debtors hereby withdraw the document captioned "Application to Approve the Sale of Real Property Free and and Clear of Liens (See Docket Nos. 85-86) filed by Debtor because the Buyer exerted her right to cancel the Agreement of Sale.

Date:  June 8, 2020

"/s/"Mitchell J. Prince
John L. Mc Clain, Esquire
Mitchell J. Prince, Esquire
Attorneys for Debtor