**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    Chaney, William                  : Chapter 13
    Chaney, Janet
        Debtors                      :  16-12050 amc

**CERTIFICATE OF SERVICE**

      I certify that on  July 13, 2020, I mailed by regular first class mail and or by electronic means, a copy of the Debtor's Second Application for Order to Sell Real Property Free and Clear of Liens and Order Requiring Answer and Notice of Hearing to Consider Application to the parties listed below.

Dated:  July 13, 2020.

                                        "/s/" Mitchell J. Prince
                                       John L. McClain, Esquire
                                       Mitchell J. Prince, Esquire
                                       Attorneys for debtor

John L. McClain and Associates
Attorneys at Law
PO Box 123
Narberth, PA 19072

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

**Embrace Home Loans, Inc.**
c/o Rushmore Loan Management Services LLC
1755 Wittington Place, Suite 400
Dallas, TX 75234

**Embrace Home Loans, Inc.** c/o Daniel P. Jones, Esq.,
STERN & EISENBERG, PC
The Shops at Valley Square
1581 Main Street, Suite 200
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
Email: djones@sterneisenberg.com

**Sharyn Soliman**, *Real Estate Agent,*
**Keller Williams Real Estate
910 Harvest Drive
Blue Bell, PA 19422**

William and Janet Chaney
7746 Clements Road
Wyncote, PA 19095