IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    **Chaney, William**  : Chapter 13
    **Chaney, Janet**
        **Debtors**  : 16-12050 amc

## ORDER

**AND NOW,** this      day of                2018, upon consideration of the second application by Debtors, **William and Janet Chaney,** it is hereby **ORDERED** as follows:

    1.  The Debtor's Motion to the property located at 7746 Clements Road, Wyncote, Cheltenham Township, Pennsylvania 19095, is hereby approved,

    2.  The Court finds the Buyer to be a purchaser in good faith,

    3.  The Debtor is authorized and permitted to make the following, distributions from proceeds generated at settlement:

    (a) Any and all past due real estate taxes, if any, and present real estate taxes if any, shall be prorated to the date of settlement,

    (b)  Municipal claims, if any, including past due sewer, water or refuse charges, if any, and any present municipal claims prorated at settlement;

    (c) Any mortgage claim existing on the subject premises; with respect to the mortgage held by Embrace Home Loans, Inc. ("Lender"), the sale is subject to a payoff quote obtained from Lender which is valid through the date of settlement, the sale is conditioned upon the full satisfaction of Lender's mortgage lien and that Lender's lien is retained until satisfied in full.

    (d) Valid judgment liens if any;

    (e) All applicable closing costs including any real estate transfer taxes, realtor's commission paid in conformity with the terms, and conformity with the terms, and condition of the agreement of sale; and

    (f) The remaining proceeds shall be distributed to the debtors.

    4.  This Order shall be effective immediately and shall not be subject to the Stay otherwise imposed by Bankruptcy Rule 6004 (g); and

    5.  The Debtor is authorized to sign all deeds and other documents needed to transfer good title to the Real Property to the Buyer.

    6. The Title Company shall send a copy of the final HUD-1 Settlement Statement to

William C. Miller, Trustee, P.O. BOX 1229, Philadelphia, PA 19105, within 2 Days after closing.

BY THE COURT

_____  Date: August 11, 2020
**Ashely M. Chan**
**U.S. BANKRUPTCY JUDGE**

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

**Embrace Home Loans, Inc.**
c/o Rushmore Loan Management Services LLC
1755 Wittington Place, Suite 400
Dallas, TX 75234

**Embrace Home Loans, Inc.** c/o Daniel P. Jones, Esq.,
STERN & EISENBERG, PC
The Shops at Valley Square
1581 Main Street, Suite 200
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
Email: djones@sterneisenberg.com

**Sharyn Soliman**, *Real Estate Agent,*
**Keller Williams Real Estate**
**910 Harvest Drive**
**Blue Bell, PA 19422**

William and Janet Chaney
7746 Clements Road
Wyncote, PA 19095