United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                        Case No. 16-12050-amc
William Chaney                                                Chapter 13
Janet Chaney
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: JEGilmore        Page 1 of 2              Date Rcvd: Aug 11, 2020
                            Form ID: pdf900        Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2020.
db/jdb       +William Chaney,    Janet Chaney,    7746 Clements Road,    Wyncote, PA 19095-2304
cr            Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
cr           +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
cr           +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
cr           +U.S. BANK NATIONAL ASSOCIATION,    14841 Dallas Parkway, Suite 300,   Dallas, TX 75254-7883
cr           +U.S. BANK NATIONAL ASSOCIATION,    14841 dallas pkwy suite 425,    dallas, tx 75254-8067
cr            Wells Fargo Bank, N.A./Wells Fargo Home Mortgage,    MAC N9286-01Y,    1000 Blue Gentian Road,
               Eagan, MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov Aug 12 2020 04:24:59     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 12 2020 04:24:48     Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 12 2020 04:24:53     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            E-mail/Text: megan.harper@phila.gov Aug 12 2020 04:24:59     City of Philadelphia,
               Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
               5th Floor, Municipal Services Bldg,    Philadelphia, PA 19102
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 12 2020 04:32:34
               PRA  Receivables Management LLC,    POB 41067,   Norfolk, VA 23541-1067
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +U.S. Bank National Association,    14841 Dallas Parkway, Suite 425,   Dallas, TX 75254-8067
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2020 at the address(es) listed below:
              DANIEL P. JONES    on behalf of Creditor    Embrace Home Loans, Inc. djones@sterneisenberg.com,
               bkecf@sterneisenberg.com
              JEROME B. BLANK    on behalf of Creditor    Embrace Home Loans, Inc. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    U.S. Bank National Association, As Trustee For et al.
               paeb@fedphe.com
              JOHN L. MCCLAIN    on behalf of Joint Debtor Janet  Chaney aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Debtor William  Chaney aaamcclain@aol.com, edpabankcourt@aol.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Embrace Home Loans, Inc. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    U.S. Bank National Association, As Trustee For et
               al. paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, As Trustee For et al.
               bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    US Bank National Association, As Trustee For
               Securitized Asset Backed Receivables LLC etal paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    Embrace Home Loans, Inc. paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing LLC
               bkgroup@kmllawgroup.com

```
District/off: 0313-2          User: JEGilmore              Page 2 of 2              Date Rcvd: Aug 11, 2020
                              Form ID: pdf900              Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          MATTEO SAMUEL WEINER   on behalf of Creditor   U.S. Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2 bkgroup@kmllawgroup.com
          PAMELA ELCHERT THURMOND   on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov, karena.blaylock@phila.gov
          THOMAS I. PULEO   on behalf of Creditor   U.S. Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM EDWARD CRAIG   on behalf of Creditor   Santander Consumer USA Inc. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

                                                                                 TOTAL: 18

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

    **Chaney, William**  : Chapter 13
    **Chaney, Janet**
        **Debtors**  :  16-12050 amc

**ORDER**

**AND NOW,** this _____ day of _____ 2018, upon consideration of the second application by Debtors, **William and Janet Chaney,** it is hereby **ORDERED** as follows:

    1. The Debtor's Motion to the property located at 7746 Clements Road, Wyncote, Cheltenham Township, Pennsylvania 19095, is hereby approved,

    2. The Court finds the Buyer to be a purchaser in good faith,

    3. The Debtor is authorized and permitted to make the following, distributions from proceeds generated at settlement:

    (a) Any and all past due real estate taxes, if any, and present real estate taxes if any, shall be prorated to the date of settlement,

    (b) Municipal claims, if any, including past due sewer, water or refuse charges, if any, and any present municipal claims prorated at settlement;

    (c) Any mortgage claim existing on the subject premises; with respect to the mortgage held by Embrace Home Loans, Inc. ("Lender"), the sale is subject to a payoff quote obtained from Lender which is valid through the date of settlement, the sale is conditioned upon the full satisfaction of Lender's mortgage lien and that Lender's lien is retained until satisfied in full.

    (d) Valid judgment liens if any;

    (e) All applicable closing costs including any real estate transfer taxes, realtor's commission paid in conformity with the terms, and conformity with the terms, and condition of the agreement of sale; and

    (f) The remaining proceeds shall be distributed to the debtors.

    4. This Order shall be effective immediately and shall not be subject to the Stay otherwise imposed by Bankruptcy Rule 6004 (g); and

    5. The Debtor is authorized to sign all deeds and other documents needed to transfer good title to the Real Property to the Buyer.

    6. The Title Company shall send a copy of the final HUD-1 Settlement Statement to

William C. Miller, Trustee, P.O. BOX 1229, Philadelphia, PA 19105, within 2 Days after closing.

BY THE COURT

_____          Date: August 11, 2020
**Ashely M. Chan**
**U.S. BANKRUPTCY JUDGE**

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

**Embrace Home Loans, Inc.**
c/o Rushmore Loan Management Services LLC
1755 Wittington Place, Suite 400
Dallas, TX 75234

**Embrace Home Loans, Inc.** c/o Daniel P. Jones, Esq.,
STERN & EISENBERG, PC
The Shops at Valley Square
1581 Main Street, Suite 200
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
Email: djones@sterneisenberg.com

**Sharyn Soliman**, *Real Estate Agent,*
**Keller Williams Real Estate**
**910 Harvest Drive**
**Blue Bell, PA 19422**

William and Janet Chaney
7746 Clements Road
Wyncote, PA 19095