**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
|    Chaney, William | : |
|    Chaney, Janet | : 16-12050 amc |
|       Debtors | : |

**PRAECIPE TO CHANGE ADDRESS**

TO THE CLERK OF THE COURT:

     The Debtors through and by their counsel, Mitchell J. Prince of John L. McClain & Associates hereby requests the court kindly change the Debtors' address in the above captioned matter.

The Debtors' new address is:

3365 Ridge Avenue

Philadelphia, PA 19132


The Debtor's old address was:

7746 Clements Road
Wyncote, PA 19095

Date:  September 10, 2020

<u>"/s/"Mitchell J. Prince</u>
John L. Mc Clain, Esquire
Mitchell J. Prince, Esquire
Attorneys for Debtors
John L. McClain & Associates
P.O. Box 123
Narberth, PA 19072
(215) 893-9357