United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-12050-amc
William Chaney                                                        Chapter 13
Janet Chaney
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 2          Date Rcvd: Sep 23, 2020
                             Form ID: pdf900           Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2020.
db/jdb        +William Chaney,    Janet Chaney,    3365 Ridge Avenue,    Philadelphia, PA 19132-2831
cr             Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN  55116-0408
cr            +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
cr            +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
cr            +U.S. BANK NATIONAL ASSOCIATION,    14841 dallas pkwy suite 425,    dallas, tx 75254-8067
cr            +U.S. BANK NATIONAL ASSOCIATION,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             Wells Fargo Bank, N.A./Wells Fargo Home Mortgage,    MAC N9286-01Y,    1000 Blue Gentian Road,
               Eagan, MN  55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Sep 24 2020 05:21:46     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 24 2020 05:21:31
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 24 2020 05:21:43     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/Text: megan.harper@phila.gov Sep 24 2020 05:21:46     City of Philadelphia,
               Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
               5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 24 2020 05:20:10
               PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
                                                                              TOTAL: 5


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +U.S. Bank National Association,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
                                                                     TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2020                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2020 at the address(es) listed below:
              DANIEL P. JONES    on behalf of Creditor    Embrace Home Loans, Inc. djones@sterneisenberg.com,
              bkecf@sterneisenberg.com
              JEROME B. BLANK    on behalf of Creditor    Embrace Home Loans, Inc. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    U.S. Bank National Association, As Trustee For et al.
              paeb@fedphe.com
              JOHN L. MCCLAIN    on behalf of Joint Debtor Janet  Chaney aaamcclain@aol.com,
              edpabankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Debtor William  Chaney aaamcclain@aol.com,  edpabankcourt@aol.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Embrace Home Loans, Inc. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    U.S. Bank National Association, As Trustee For et
              al. paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, As Trustee For et al.
              bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    US Bank National Association, As Trustee For
              Securitized Asset Backed Receivables LLC etal paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    Embrace Home Loans, Inc. paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing LLC
              bkgroup@kmllawgroup.com

```
District/off: 0313-2          User: JEGilmore          Page 2 of 2              Date Rcvd: Sep 23, 2020
                              Form ID: pdf900          Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, as Trustee for
           Securitized Asset Backed Receivables LLC Trust 2006-NC2, Mortgage Pass-Through Certificates,
           Series 2006-NC2 bkgroup@kmllawgroup.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
           karena.blaylock@phila.gov
          THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, as Trustee for
           Securitized Asset Backed Receivables LLC Trust 2006-NC2, Mortgage Pass-Through Certificates,
           Series 2006-NC2 tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@phl3trustee.com,  philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
           ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                        TOTAL: 18

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: WILLIAM CHANEY ) | |
| JANET CHANEY ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| SANTANDER CONSUMER USA INC. ) | Case No.: 16-12050 (AMC) |
| **Moving Party** ) | |
| ) | |
| v. ) | **Hearing Date:  8-4-20 at 11:00 AM** |
| ) | |
| WILLIAM CHANEY ) | 11 U.S.C. 362 |
| JANET CHANEY ) | |
| **Respondent(s)** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |
| ) | |

## <u>ORDER APPROVING STIPULATION</u>

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc.
and the Debtors in settlement of the Motion For Stay Relief, and filed on or about
September 22, 2020 in the above matter is APPROVED.

Dated:    September 23, 2020

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE