United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-12050-amc |
| William Chaney | Chapter 13 |
| Janet Chaney | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 4 |
| Date Rcvd: Dec 16, 2020 | Form ID: 138NEW | Total Noticed: 45 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Chaney, Janet Chaney, 3365 Ridge Avenue, Philadelphia, PA 19132-2831 |
| cr | + | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| cr | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, 14841 dallas pkwy suite 425, dallas, tx 75254-8067 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| cr | | Wells Fargo Bank, N.A./Wells Fargo Home Mortgage, MAC N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 13697522 | + | Acs Inc, Attn: Bankruptcy, PO Box 56317, Philadelphia, PA 19130-6317 |
| 13697524 | + | City of Philadelphia/ Parking Tickets, P.O. Box 41819, Philadelphia, PA 19101-1819 |
| 13697525 | + | Consumer Portfolio Svc, Attn: Bankruptcy, 19500 Jamboree Rd, Irvine, CA 92612-2411 |
| 13780297 | + | EMBRACE HOME LOANS, INC., ROUNDPOINT MORTGAGE SERVICING CORPORATIO, 5016 PARKWAY PLAZA BLVD., SUITE 200, CHARLOTTE, NC 28217-1930 |
| 13900124 | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 13697527 | + | Embrace Home Loans Inc, 425 Phillips Bv, Trenton, NJ 08618-1430 |
| 13697528 | #+ | Janet Chaney, 7746 Clements Road, Wyncote, PA 19095-2304 |
| 13697529 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 13697534 | | PGW, PO Box 7789, Philadelphia, PA 19101-7789 |
| 13777474 | + | Porania LLC, c/o Biltmore Asset Management, 24500 Center Ridge Rd Ste 472, Westlake, OH 44145-5605 |
| 13823193 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 13724913 | | Suntrust Bank, Claims Filing Unit, PO Box 8973, Madison, WI 53708-8973 |
| 14557418 | + | U.S. Bank National Association, c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 13779911 | | US BANK NATIONAL ASSOCIATION, et al, AMERICA'S SERVICING COMPANY, ATTENTION: PAYMENT PROCESSING, N9286-01Y, 1000 BLUE GENTIAN ROAD EAGAN, MN 55121-7700 |
| 13744436 | | US Department of Education, Claims Filing Unit, PO Box 8973, Madison, WI 53708-8973 |
| 13697538 | + | Us Dept Of Ed/glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 13697540 | + | Wells Fargo Home Mtg (dba) Americas Serv, 1000 Blue Gentian Rd. #300, MAC #X7801-02K, Eagan, MN 55121-1786 |
| 13697541 | #+ | William Chaney, 7746 Clements Road, Wyncote, PA 19095-2304 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 17 2020 03:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 17 2020 03:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 17 2020 03:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

| District/off: 0313-2 | User: Adminstra | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 16, 2020 | Form ID: 138NEW | Total Noticed: 45 |

| | | | | |
|---|---|---|---|---|
| cr | | Email/Text: megan.harper@phila.gov | Dec 17 2020 03:53:00 | City of Philadelphia, Law Revenue Department, c/o Pamela Elchert Thurmond, 1401 JFK Boulevard, 5th Floor, Municipal Services Bldg, Philadelphia, PA 19102 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 17 2020 03:33:58 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 13697521 | + | Email/Text: mnapoletano@ars-llc.biz | Dec 17 2020 03:53:00 | Ability Recovery Servi, Pob 4031, Wyoming, PA 18644-0031 |
| 13697523 | + | Email/Text: bky@americanprofit.net | Dec 17 2020 03:52:00 | American Profit Recovery, 34405 West 12 Miles Road, #379, Farmington Hills, MI 48331-5608 |
| 13697539 | | Email/Text: megan.harper@phila.gov | Dec 17 2020 03:53:00 | WATER REVENUE BUREAU, City of Philadelphia Law Dept, 1515 Arch Street, 15th flr, Philadelphia, PA 19102 |
| 13788000 | + | Email/Text: megan.harper@phila.gov | Dec 17 2020 03:53:00 | CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT, BANKRUPTCY GROUP - MSB, 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13714723 | + | Email/Text: bankruptcy@consumerportfolio.com | Dec 17 2020 03:52:00 | CONSUMER PORTFOLIO SERVICES, INC., P.O. BOX 57071, IRVINE, CA. 92619-7071 |
| 13697526 | + | Email/Text: convergent@ebn.phinsolutions.com | Dec 17 2020 03:52:00 | Convergent Outsoucing, Inc, PO Box 9004, Renton, WA 98057-9004 |
| 13697530 | + | Email/Text: csd1clientservices@cboflanc.com | Dec 17 2020 03:53:00 | Lanc Coll, 218 West Orange St, Lancaster, PA 17603-3746 |
| 13697531 | + | Email/Text: bankruptcies@orangelake.com | Dec 17 2020 03:51:00 | Orange Lake Country Cl, Attn: Bankruptcy, 8505 W Irlo Bronson Memorial Highway, Kissimmee, FL 34747-8201 |
| 13697532 | + | Email/Text: bankruptcygroup@peco-energy.com | Dec 17 2020 03:51:00 | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 13697533 | | Email/Text: lizb@peoplescredit.com | Dec 17 2020 03:51:00 | Peoples Credit Co, 4950 Ne 148th Ave, Portland, OR 97230 |
| 13697536 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 17 2020 03:39:05 | Portfolio Recovery, Attn: Bankruptcy, PO Box 41067, Norfolk, VA 23541 |
| 13756036 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 17 2020 03:33:57 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13751103 | + | Email/Text: lizb@peoplescredit.com | Dec 17 2020 03:51:00 | People's Credit Co Inc, 4950 NE 148th Ave, Portland, Or 97230-3450 |
| 13697535 | + | Email/Text: nod.referrals@fedphe.com | Dec 17 2020 03:51:00 | Phelan, Hallinan & Schmieg, LLP, 1617 JFK Boulevard, Ste 1400, Philadelphia, PA 19103-1814 |
| 13697537 | + | Email/Text: clientservices@simonsagency.com | Dec 17 2020 03:53:00 | Simons Agency Inc, 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | U.S. Bank National Association, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 13899498 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 3 of 4 |
| Date Rcvd: Dec 16, 2020 | Form ID: 138NEW | Total Noticed: 45 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2020           Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2020 at the address(es) listed below:**

**Name**               **Email Address**

DANIEL P. JONES
 on behalf of Creditor Embrace Home Loans Inc. djones@sterneisenberg.com, bkecf@sterneisenberg.com

JEROME B. BLANK
 on behalf of Creditor Embrace Home Loans Inc. paeb@fedphe.com

JEROME B. BLANK
 on behalf of Creditor U.S. Bank National Association As Trustee For et al. paeb@fedphe.com

JOHN L. MCCLAIN
 on behalf of Joint Debtor Janet Chaney aaamcclain@aol.com edpabankcourt@aol.com

JOHN L. MCCLAIN
 on behalf of Debtor William Chaney aaamcclain@aol.com edpabankcourt@aol.com

JOSEPH ANGEO DESSOYE
 on behalf of Creditor Embrace Home Loans Inc. paeb@fedphe.com

JOSEPH ANGEO DESSOYE
 on behalf of Creditor U.S. Bank National Association As Trustee For et al. paeb@fedphe.com

KEVIN G. MCDONALD
 on behalf of Creditor Specialized Loan Servicing LLC bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
 on behalf of Creditor U.S. Bank National Association As Trustee For et al. bkgroup@kmllawgroup.com

MARIO J. HANYON
 on behalf of Creditor US Bank National Association As Trustee For Securitized Asset Backed Receivables LLC etal mario.hanyon@brockandscott.com, wbecf@brockandscott.com

MARIO J. HANYON
 on behalf of Creditor Embrace Home Loans Inc. mario.hanyon@brockandscott.com, wbecf@brockandscott.com

MATTEO SAMUEL WEINER
 on behalf of Creditor Specialized Loan Servicing LLC bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER
 on behalf of Creditor U.S. Bank National Association as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2 bkgroup@kmllawgroup.com

PAMELA ELCHERT THURMOND
 on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov karena.blaylock@phila.gov

THOMAS I. PULEO
 on behalf of Creditor U.S. Bank National Association as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
 ecfemails@ph13trustee.com philaecf@gmail.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 4 of 4 |
| Date Rcvd: Dec 16, 2020 | Form ID: 138NEW | Total Noticed: 45 |

WILLIAM EDWARD CRAIG  on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 18

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: William Chaney and Janet Chaney

      Debtor(s)          Bankruptcy No: 16−12050−amc

        Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

> For The Court
> Timothy B. McGrath
> Clerk of Court

Dated: 12/16/20

                                                                                              110 − 109
                                                                                             Form 138_new