United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-12050-amc |
| William Chaney | Chapter 13 |
| Janet Chaney | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Dec 16, 2020 | Form ID: 212 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Chaney, Janet Chaney, 3365 Ridge Avenue, Philadelphia, PA 19132-2831 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2020           Signature:           /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor Embrace Home Loans  Inc. djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| JEROME B. BLANK | on behalf of Creditor Embrace Home Loans  Inc. paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor U.S. Bank National Association  As Trustee For et al. paeb@fedphe.com |
| JOHN L. MCCLAIN | on behalf of Joint Debtor Janet Chaney aaamcclain@aol.com edpabankcourt@aol.com |
| JOHN L. MCCLAIN | on behalf of Debtor William Chaney aaamcclain@aol.com edpabankcourt@aol.com |
| JOSEPH ANGEO DESSOYE | |

Case 16-12050-amc   Doc 113   Filed 12/18/20   Entered 12/19/20 01:08:00   Desc
Imaged Certificate of Notice   Page 2 of 3

| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 16, 2020 | Form ID: 212 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor U.S. Bank National Association  As Trustee For et al. paeb@fedphe.com |
| JOSEPH ANGEO DESSOYE | |
| | on behalf of Creditor Embrace Home Loans  Inc. paeb@fedphe.com |
| KEVIN G. MCDONALD | |
| | on behalf of Creditor U.S. Bank National Association  As Trustee For et al. bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | |
| | on behalf of Creditor Specialized Loan Servicing LLC bkgroup@kmllawgroup.com |
| MARIO J. HANYON | |
| | on behalf of Creditor US Bank National Association  As Trustee For Securitized Asset Backed Receivables LLC etal mario.hanyon@brockandscott.com, wbecf@brockandscott.com |
| MARIO J. HANYON | |
| | on behalf of Creditor Embrace Home Loans  Inc. mario.hanyon@brockandscott.com, wbecf@brockandscott.com |
| MATTEO SAMUEL WEINER | |
| | on behalf of Creditor Specialized Loan Servicing LLC bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | |
| | on behalf of Creditor U.S. Bank National Association  as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2 bkgroup@kmllawgroup.com |
| PAMELA ELCHERT THURMOND | |
| | on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov  karena.blaylock@phila.gov |
| THOMAS I. PULEO | |
| | on behalf of Creditor U.S. Bank National Association  as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | |
| | ecfemails@ph13trustee.com  philaecf@gmail.com |
| WILLIAM EDWARD CRAIG | |
| | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 18

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:                                                                                    Chapter: 13

         William Chaney and Janet Chaney

Debtor(s)                                                               Case No: 16−12050−amc

_____

*ORDER*

      AND NOW, 12/16/20 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

      Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

      And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

      Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

       ☐ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

       ☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

      If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

                                                           For The Court

                                                           Ashely M. Chan

                                                           Judge ,United States Bankruptcy Court

                                                                                                                                           111
                                                                                                                                         Form 212