United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-12050-amc |
| William Chaney | Chapter 13 |
| Janet Chaney | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 19, 2021 | Form ID: 195 | Total Noticed: 10 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Chaney, Janet Chaney, 3365 Ridge Avenue, Philadelphia, PA 19132-2831 |
| cr | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | + | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| cr | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, 14841 dallas pkwy suite 425, dallas, tx 75254-8067 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| cr | | Wells Fargo Bank, N.A./Wells Fargo Home Mortgage, MAC N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: megan.harper@phila.gov | Jan 20 2021 06:52:00 | City of Philadelphia, Law Revenue Department, c/o Pamela Elchert Thurmond, 1401 JFK Boulevard, 5th Floor, Municipal Services Bldg, Philadelphia, PA 19102 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 20 2021 07:00:45 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | U.S. Bank National Association, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 21, 2021 | Signature: | /s/Joseph Speetjens |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor Embrace Home Loans  Inc. djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| JEROME B. BLANK | on behalf of Creditor Embrace Home Loans  Inc. paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor U.S. Bank National Association  As Trustee For et al. paeb@fedphe.com |
| JOHN L. MCCLAIN | on behalf of Joint Debtor Janet Chaney aaamcclain@aol.com edpabankcourt@aol.com |
| JOHN L. MCCLAIN | on behalf of Debtor William Chaney aaamcclain@aol.com edpabankcourt@aol.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor Embrace Home Loans  Inc. paeb@fedphe.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor U.S. Bank National Association  As Trustee For et al. paeb@fedphe.com |
| KEVIN G. MCDONALD | on behalf of Creditor Specialized Loan Servicing LLC bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor U.S. Bank National Association  As Trustee For et al. bkgroup@kmllawgroup.com |
| MARIO J. HANYON | on behalf of Creditor US Bank National Association  As Trustee For Securitized Asset Backed Receivables LLC etal mario.hanyon@brockandscott.com, wbecf@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor Embrace Home Loans  Inc. mario.hanyon@brockandscott.com, wbecf@brockandscott.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Specialized Loan Servicing LLC bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor U.S. Bank National Association  as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2 bkgroup@kmllawgroup.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov karena.blaylock@phila.gov |
| THOMAS I. PULEO | on behalf of Creditor U.S. Bank National Association  as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 18

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

William Chaney and Janet Chaney : Case No. 16−12050−amc

      Debtor(s)

### *ORDER*
_____

AND NOW, this day , January 19, 2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

117
Form 195